In the Matter of the Will of JOHN R. CARNELL, Deceased.

HOPE CARNELL, Individually and as Trustee, et al., Appellants; NATIONAL COMMERCIAL BANK AND TRUST COMPANY OF ALBANY, as Trustee, Respondent.

Argued October 3, 1940; decided October 18, 1940.

*Ralph E. Rogers* for Hope Carnell et al., appellants.

*Martin Schenck*, special guardian for Prentiss Carnell, 3d, et al., infants, appellants.

*Robert E. Whalen* for respondent.

Order affirmed, with costs to each party appearing separately and filing a brief payable out of the estate. No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: LEHMAN, Ch. J.